The Full Commission filed an Opinion and Award in this matter on 30 August 1995 affirming, with slight modifications, Deputy Commissioner Ford's decision. Within that Opinion defendant was ordered to pay related medical expenses through the date of Deputy Commissioner Ford's Opinion and Award, and no further. Since that time, plaintiff asserts that defendant has failed to pay certain expenses. Defendant has responded and also moved for an Extension of Time.
After careful consideration and for good cause shown, defendant's Motion for an Extension of Time is GRANTED, however defendant is given a FIFTEEN DAY (15) extension of time from the filing date of this Order within which to fully respond to plaintiff's Motion, instead of the thirty days as requested.
Plaintiff's Motion to Compel is held in ABEYANCE until such time as defendant submits their full response or the fifteen day period has ended.
No further costs are assessed.
S/ _____________________________ THOMAS J. BOLCH COMMISSIONER CONCURRING:
S/ _____________________________ J. HOWARD BUNN, JR. CHAIRMAN
S/ _____________________________ BERNADINE S. BALLANCE